IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:03MJ128 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RUBY TOM, | ) | |
| | ) | |
| Defendant. | ) | |

The initial appearance on the criminal complaint is scheduled before the undersigned magistrate judge at **1:30 p.m. on May 25, 2006**, in Room No. C16, Concourse Level, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

The defendant must be present by video conference hook-up.

DATED this 22nd day of May, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge